UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
PEARL SPIRA,

              Plaintiff,

v.

TRANS UNION, LLC,

              Defendant.
------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 4868 (VB)

      The Court has been advised that plaintiff Pearl Spira and the remaining defendant, Trans Union, LLC, have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than January 13, 2020. To be clear, any application to restore the action must be filed by January 13, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled.

      The Clerk is instructed to close this case.

Dated: November 15, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge